EMPIRE STATE LIFE ASSURANCE SOCIETY, Appellant, *v.* CATHERINE KASPRZAK, as Administratrix of the Estate of JOHN KASPRZAK, Deceased, Respondent.

(Submitted June 4, 1935; decided July 11, 1935.)

*William H. Fletcher, Jr.*, and *Benjamin S. Dean* for appellant.

*Francis T. Findlay* and *Bernard Sax* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.